# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| ADRIAN KENTRON MACLIN, JR., | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:22-CV-282-KAC-JEM |
| WARDEN MIKE PARRIS, et al., | ) |
| Defendants. | ) |

## JUDGMENT ORDER

For the reasons set forth in the Court's Memorandum Opinion and Order, the Court **DISMISSED** this action **with prejudice** under Federal Rule of Civil Procedure 41(b). Because the Court **CERTIFIED** that any appeal would not be taken in good faith and would be totally frivolous, Plaintiff was **DENIED** leave to appeal *in forma pauperis* should be file a notice of appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the case.

**SO ORDERED**.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT

*s/ LeAnna R. Wilson*
CLERK OF COURT